

**City of Dallas**

ACCEPTED
15-24-00081-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 12:41 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 12:41:33 PM
CHRISTOPHER A. PRINE
Clerk

June 27, 2025

***Via e-Filing***
Christopher A. Prine, Clerk
Fifteenth District Court of Appeals
P.O. Box 12852
Austin, Texas 78711

      Re:        Court of Appeals Number:  15-24-00081-CV
                    Trial Court Case Number:  D-1-GN-23-002331

      Style:     *City of Dallas v. Paxton*

Dear Mr. Prine:

I am submitting this letter in response to your letter of June 23, 2025, concerning the information filed under seal for in camera inspection with the trial court. Please forward this information to the panel, Chief Justice Brister, and Justices Field and Farris. I thank you for your courtesy in this matter.

In your June 23, 2025 letter to counsel, you informed counsel that the information at issue in this case, which was filed under seal with the trial court, was not included in the record on appeal. Your letter further stated that "[t]he trial court clerk has confirmed to the clerk of this Court that it is not in possession of the documents. Moreover, the trial court docket does not include an order noting the filing of information for in camera inspection as contemplated by Section 552.3221(b)." You then asked that the parties "inform the Court whether the documents were filed in the trial court for in camera review" within seven days.

Appellant, the City of Dallas (the "City"), filed the information at issue with the trial court under seal for in camera inspection and

obtained an order pursuant to Government Code section 552.3221(b). I am attaching to this letter a true, correct, and filemarked copy of the trial court's March 26, 2024 Order Sealing Information at Issue for In Camera Inspection. The order accurately reflects that on the date the trial court heard the parties' cross-motions for summary judgment, the parties filed with the trial court the information at issue in this case for in camera inspection. The trial court also ordered the trial court clerk to file the information under seal, maintain the information, and transmit the information to the court of appeals as part of the record on appeal.

The trial court clerk's representations to the clerk of this Court that the trial court clerk was not in possession of the documents were mistaken. Upon receiving the Court's June 23, 2025 letter, the undersigned contacted the trial court clerk's office and spoke with Max Herndandez, Director of the office's civil division, to resolve the matter. Mr. Hernandez was able to immediately find the attached order on the trial court's docket, and he also located the documents the parties filed under seal with the trial court. Mr. Hernandez then informed the undersigned that he would transmit the documents to this Court, and, on the same date, the City received notices from the Court that it had received a supplemental clerk's record and documents for in camera inspection.

As the attached order[1] and the supplemental clerk's record demonstrates, the City filed the information at issue under seal with the trial court in a manner that conforms in all respects with the requirements of Government Code section 552.3221. The City therefore has not waived its opportunity to have the information at issue included in the appellate record.

---

[1] The City presumes that the supplemental clerk's record received by the Court on June 26, 2025, includes a copy of the attached order as part of the official record on appeal, as the order was affixed to the sealed box containing the information at issue in this case. The City was unable to confirm that the order was in fact included in the supplemental clerk's record because, as of the date of this letter, counsel has been unable to download a copy of the supplemental clerk's record from the attorney portal (presumably because the supplemental record includes information filed under seal).

Thank you for your attention to this matter.

Sincerely,

*/s/ Nicholas D. Palmer*

NICHOLAS D. PALMER
Executive Assistant City Attorney
nicholas.palmer@dallas.gov

c:      ***Via E-Service***
        Thomas J. Williams (thomas.williams@haynesboone.com)
        William R. Pillifant (reid.pillifant@haynesboone.com)
        *Attorneys for Appellee The Dallas Morning News, Inc.*

        Kathy Johnson (kathy.johnson@oag.texas.gov)
        *Attorney for Appellee Ken Paxton*

NO. D-1-GN-23-002331

| | | |
|---|---|---|
| CITY OF DALLAS,<br>    Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | OF TRAVIS COUNTY, TEXAS |
| KEN PAXTON,<br>ATTORNEY GENERAL OF TEXAS,<br>    Defendant. | §<br>§<br>§<br>§ | 353rd JUDICIAL DISTRICT |

## ORDER SEALING INFORMATION AT ISSUE
## FOR IN CAMERA INSPECTION

This is an open records lawsuit brought under the Public Information Act (PIA), Tex. Gov't Code ch. 552. This order is entered pursuant to Texas Government Code § 552.3221. On this 26th day of March, 2024, at __3:20__ p.m., the parties filed with the Court *for in* camera inspection the information at issue.

IT IS ORDERED that the clerk shall file the information under seal as "Information at Issue"; append a copy of this order to the information; maintain the information at issue in a sealed envelope or in a manner that precludes disclosure; and transmit the information at issue to any court of appeals as part of the clerk's record.

IT IS ORDERED that the information at issue shall not be made available by the clerk or any custodian of records for public inspection.

IT IS FURTHER ORDERED THAT THE INFORMATION AT ISSUE SHALL NOT BE RELEASED OR ACCESSED BY ANY PERSON OTHER THAN THE COURT, A REVIEWING COURT OF APPEALS, OR THE PARTIES PERMITTED TO INSPECT THE INFORMATION PURSUANT TO A PROTECTIVE ORDER.

Signed this 26th day of March, 2024.

JUDGE PRESIDING

**Judge Laurie Eiserloh**
**455th District Court**

AGREED:

_James B. Pinson_

James B. Pinson
State Bar No. 16017700
Assistant City Atttorney
Dallas City Attorney's Office
1500 Marilla Street, Room 7DN
Dallas, Texas 75201
Phone: 214-670-3519
Fax: 214-670-0622
james.pinson@dallascityhall.com

ATTORNEY FOR PLAINTIFF
CITY OF DALLAS

_Kathy Johnson_

Kathy Johnson
State Bar No. 24126964
Assistant Attorney General
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone: (512) 475-4151
Fax: (512) 457-4686
kathy.johnson@oag.texas.gov

ATTORNEY FOR DEFENDANT
ATTORNEY GENERAL

_Thomas J. Williams_

Thomas J. Williams
State Bar No. 21578500
thomas.williams@haynesboone.com
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Telephone: (817) 347-6600
Telecopier: (817) 347-6650

ATTORNEY FOR INTERVENOR
THE DALLAS MORNING NEWS, INC.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicholas Palmer
Bar No. 24067814
nicholas.palmer@dallas.gov
Envelope ID: 102526395
Filing Code Description: Letter
Filing Description: Appellant's Letter to Court Concerning Filing of Information Under Seal in Trial Court
Status as of 6/27/2025 1:27 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christian Young | | christian.young@oag.texas.gov | 6/27/2025 12:41:33 PM | SENT |
| Nicholas Palmer | | nicholas.palmer@dallas.gov | 6/27/2025 12:41:33 PM | SENT |
| Kathy Johnson | | kathy.johnson@oag.texas.gov | 6/27/2025 12:41:33 PM | SENT |
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 6/27/2025 12:41:33 PM | SENT |
| Thomas J.Williams | | thomas.williams@haynesboone.com | 6/27/2025 12:41:33 PM | SENT |
| William ReidPillifant | | reid.pillifant@haynesboone.com | 6/27/2025 12:41:33 PM | SENT |